United States District Court
Southern District of Texas
**ENTERED**
December 07, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANDRES PEREZ | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:23-cv-00145 |
| | § | |
| vs. | § | |
| | § | |
| CAJUN OPERATING COMPANY, | § | |
| D/B/A CHURCH'S CHICKEN | § | |
| | § | |
| Defendant. | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

For the reasons set forth in the Stipulation of Dismissal with Prejudice, it is ORDERED, ADJUDGED, AND DECREED that the above-captioned action and all claims brought by Plaintiff Andres Perez therein against Defendant Cajun Operating Company d/b/a Church's Chicken are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all relief which was sought or which could have been sought herein, not expressly granted herein is denied.

This Order constitutes a final judgment and disposes of all parties and all claims.

SO ORDERED this 7th day of December, 2023

_____
JUDGE PRESIDING

AGREED AS TO FORM AND CONTENT:

By: /s/ John L. Shergold
    John L. Shergold
    Texas State Bar No. 00794624
    hodgeshergold@aol.com

**HODGE & SHERGOLD, L.L.P.**
1805 Ruben Torres Blvd., Suite B30
Brownsville, Texas 78521
Tel: (956) 548-9100
Fax: (956) 548-9102

**ATTORNEY FOR PLAINTIFF**
**ANDRES PEREZ**

By: /s/ David R. Anderson
    David R. Anderson
    Texas Bar No. 24128388
    danderson@fordharrison.com
    Jennifer C. Ohn
    Texas Bar No. 24100350
    jcohn@fordharrison.com

**FORDHARRISON LLP**
1601 Elm Street, Suite 4450
Dallas, Texas 75201
Telephone: (214) 256-4700
Facsimile: (214) 256-4701

**ATTORNEYS FOR DEFENDANT**
**CAJUN OPERATING COMPANY**
**D/B/A CHURCH'S CHICKEN**